IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 06-47 |
| SHELTON JOHNS, | ) |
| Defendant. | ) |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Shelton Johns, except for the limited purpose of permitting the U.S. Marshals Service to enter into NCIC the arrest warrant.



FILED MAY 2 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _Christopher J. Burke_
Christopher J. Burke
Assistant United States Attorney

Dated: May 2, 2006

**AND NOW**, to wit, this __2__ day of __May__, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Shelton Johns, except for the limited purpose of permitting the U.S. Marshals Service to enter the arrest warrant on NCIC.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge