IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 06- 47- UNA |
| SHELTON JOHNS, | ) |
| Defendant. | ) |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 7, 2006, in or near Wilmington, in the State and District of Delaware, Shelton Johns, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Sig Sauer P245 .45 caliber handgun, with the serial number of C009730, after having been convicted on or about July 2, 2003 of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _Christopher J. Burke_
Christopher J. Burke
Assistant United States Attorney

FILED
MAY 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: May 2, 2006