IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 47 |
| | ) |
| SHELTON JOHNS, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney, and hereby moves that the Indictment and file in the above-captioned matter be unsealed There is no further need to maintain the file under seal, as the defendant has been arrested.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Christopher J. Burke
Assistant United States Attorney

Dated: May 3, 2006

\* \* \*

**AND NOW**, this ___3___ day of May, 2006, upon the foregoing motion, **IT IS ORDERED** that the Indictment and file in the above-captioned action shall be **UNSEALED**.

*[signature]*
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE

FILED
MAY 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE