AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

SHELTON JOHNS

**WARRANT FOR ARREST**

Case Number:  CR 06-47-UNA



SEALED  UNSEALED 5/3/06

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   SHELTON JOHNS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

FILED
MAY 0 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) and 924(a)(2) _____

PETER T. DALLEO
Name of Issuing Officer

BY: _____ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

MAY 3, 2006 at WILMINGTON, DE
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

26 Parkway Circle, New Castle, DE 19720

DATE RECEIVED
5/3/06

DATE OF ARREST
5/3/06

NAME AND TITLE OF ARRESTING OFFICER
Tat Shurr / ATF Special Agent

SIGNATURE OF ARRESTING OFFICER

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____