UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)   CASE NO. CR 06-47 (GMS)<br>vs. )<br>)<br>Shelton Johns )<br>)<br>Defendant. ) | |

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on *May 18, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *August 1, 2006* The time between the date of this order and *August 1, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney