IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-47 GMS |
| | : |
| SHELTON JOHNS | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned case is scheduled for **Thursday, September 14, 2006, at 11:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge. The conference will be held in chambers and counsel only need appear.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

August 30, 2006