IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    Plaintiff,                 )<br>                              )<br>v.                            )    Criminal Action No. 06-47 GMS<br>                              )<br>SHELTON JOHNS                 )<br>                              )<br>    Defendant.                )| |

## SCHEDULING ORDER

A scheduling conference regarding the above-captioned case was held on September 14, 2006. IT IS HEREBY ORDERED that:

1. The court will hold a hearing on the defendant's Motion to Suppress on **October 13, 2006, at 11:00 a.m.** It will take place in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware.

2. The court will hold a pre-trial conference in chambers on **December 7, 2006, at 11:00 a.m.** No later than **one week prior to this conference**, counsel for the government will submit a joint set of jury instructions, with supporting authorities and objections, along with any proposed special voir dire of the jury panel. This submission will be accompanied by a computer diskette which contains a copy of these instructions and proposed special voir dire. Counsel will work out their own briefing schedule regarding any motions in limine. Motions in limine will be submitted in a manner so that briefing on them is completed on the day that the joint set of jury instructions and the proposed voir dire is due.

  3. Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea (except to all counts of the indictment or information) will be noticed on or before the date of the pre-trial conference. The guilty plea will be entered on or before the day trial is set to commence.

  4. A two-day, jury trial is scheduled to commence on **January 3, 2007, at 9:00 a.m.** in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel are to arrive in chambers at **8:30 a.m.** on the first morning of the trial.

September __15__, 2006

_____
UNITED STATES DISTRICT JUDGE

FILED

SEP 1 5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE