IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-47 GMS |
| | : |
| SHELTON JOHNS | |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that motions hearing regarding the above-captioned case is rescheduled to **Wednesday, November 1, 2006, at 9:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Courtroom 4A, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

October 10, 2006