IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-47 GMS |
| | : |
| SHELTON JOHNS | |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the motions hearing regarding the above-captioned case is rescheduled to **Thursday,  November 9, 2006, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Courtroom 4A, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

October 13, 2006