IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-47 GMS |
| | : |
| SHELTON JOHNS | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the motions hearing currently scheduled for **Thursday, November 9, 2006, at 10:00 a.m.** is canceled.  A change of plea hearing is scheduled for **Friday, November 17, 2006, at 9:15 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Courtroom 4A, Wilmington, DE.


/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

November 7, 2006