06-2161

February 15, 2007

**Hon. Gregory M. Sleet**
Judge, U.S. District Court, District of Delaware
844 North King Street, Lockbox 18
Wilmington, DE 19899

**Re: USA v. Shelton Johns**
**Case No. CR-06-47**

**Dear Judge Sleet:**

    I request a continuance of the sentencing date for at least three weeks to allow me additional time necessary to prepare the sentencing memorandum and collect related documents to submit on behalf of Mr. Johns. If your Honor's schedule will allow, a date during the week of March 19 will be best for me.

    The assistant U.S. attorney, Christopher Burke, Esq. is already aware that I am making this request and has indicated that he has no objection and that I can make that known to you on his behalf.

    Thank you very much.

Very truly yours,

**Perlstein Law**


**By: _s/ Paul M. Perlstein, Esq._**
    **Paul M. Perlstein, Esq.**

Cc: Shelton Johns
    Christopher Burke, Esq.