IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-47 GMS |
| | : |
| SHELTON JOHNS | : |
| | : |

**NOTICE OF RE-SENTENCING**

IT IS HEREBY ORDERED that a re-sentencing hearing regarding the above-captioned defendant is scheduled for **Tuesday, April 17, 2007, at 10:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Courtroom 4A, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

March 30, 2007