IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>SHELTON JOHNS,<br><br>        Defendant. | )<br>)<br>)<br>) Criminal Action No. 06-47-GMS<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

The United States respectfully serves notice that it hereby appeals, pursuant to Title 18, United States Code, Section 3731, to the United States Court of Appeals for the Third Circuit, from the Judgment of the District Court dated April 17, 2007 and entered on April 20, 2007.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY<br>
                                        United States Attorney

                                      By:   /s/ Christopher J. Burke<br>
                                             Christopher J. Burke<br>
                                             Assistant United States Attorney

Dated:   May 18, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SHELTON JOHNS,<br><br>　　　　　Defendant. | )<br>)<br>)<br>) Criminal Action No. 06-47-GMS<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 18th day of May, 2007, I caused to be filed a **Notice of Appeal** with the Clerk of the Court. Said document was transmitted via the ECF system to the following:

Paul M. Perlstein, Esq.
Perlstein Law
P.O. Box 834
Doylestown, PA 18901-0834

　　　　　　　　　　　　　　　　　　　　/s/ Christopher J. Burke
　　　　　　　　　　　　　　　　　　Christopher J. Burke
　　　　　　　　　　　　　　　　　　Assistant United States Attorney