IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Case No.: 06-CR-47 |
| SHELTON JOHNS<br>Defendant | : |

### NOTICE OF CROSS APPEAL BY DEFENDANT

The Defendant, Shelton Johns, having received Notice of Appeal of the Judgment of Sentence, respectfully serves notice this 24th day of May, 2007, that he appeals to the United States Court of Appeals for the Third Circuit.

Respectfully Submitted,

Perlstein Law

By: s/Paul M. Perlstein
    Paul M. Perlstein, Esq.

Counsel for Shelton Johns