UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 07-2522, 07-2587

UNITED STATES OF AMERICA,

Appellant, Cross-Appellee,

v.

SHELTON JOHNS,

Appellee, Cross-Appellant.

Appeal from the Judgment of the District Court for the District of Delaware
(District Court Criminal Action No. 06-47)
District Judge: The Honorable Gregory M. Sleet

Argued May 15, 2008

Before: McKEE, GARTH, *Circuit Judges*, and IRENAS,* *Senior District Judge.*

JUDGMENT

This cause came on to be considered on the record from the United States District Court for the District of Delaware and was argued on May 15, 2008.

On consideration whereof, it is now here ORDERED and ADJUDGED by this

---

* Honorable Joseph E. Irenas, Senior United States District Judge for the District of New Jersey, sitting by designation.

Court that the sentence of the United States District Court for the District of Delaware, entered April 20, 2007, be, and hereby is, VACATED and REMANDED; and that the district court is hereby instructed to impose the sentence pronounced at the March 23, 2007 sentencing hearing.  All of the above in accordance with the opinion of this Court.

        Attest:

        /s/Marcia M. Waldron
        Clerk

DATED: June 17, 2008