UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


Shelton Johns
Reg. NO. # 05108-015
A/R
FCI-Fairton
P.O. Box-#420
Fairton. New Jersey. 08320
Dated: June 30th, 2008


Re: Shelton Johns v. United States:
    Docket No. 06-CR-47(GMS)
    App. No. 07-2522 &07-2587

Dear Clerk:

You will please find enclosed for filing with this court, the original and two-copies of a Motion For Downward Departure Pursuant to United States Sentencing Guidelines §5K2.(2), And 18 United States Code§3553(a) and (b).

In addition, a Certificate of Service, has been attached showing and indicating that the Respondents have been served the same as well as this District Court. This Court, has been serviced via "Certified Mail " under Article Number: 7005 1160 0000 0303 8736. Thanking you in advance for your cooperation in this matter.

Respectfully Submitted:

_____
Defendant/In Pro Se

JUL 3 2008

SHELTON JOHNS
REG. NO. # 05108-015
A/R
FCI-FAIRTON
P.O. BOX-#420
FAIRTON, NEW JERSEY. 08320

7005 1160 0000 0303 8736

FCI Fairton, P.O. Box 280, Fairton, NJ 08320

Date 6-30-08
"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
UNITED STATES COURTHOUSE (LOCKBOX 44)
844 KING STREET
WILMINGTON, DELAWARE. 19801

